UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| RAHI DANIEL,<br><br>                                  Plaintiff,<br><br>     v.<br><br>VILLAGE OF DOLTON, and UNKNOWN DOLTON POLICE OFFICERS,<br><br>                                  Defendants. | No.   08 C 217<br><br>Judge Lefkow<br><br>Magistrate Judge Valdez |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**VILLAGE OF DOLTON**

| SIGNATURE<br><br>s/Larry S. Kowalczyk | |
|---|---|
| **FIRM**<br><br>Querrey & Harrow, Ltd. | |
| **STREET ADDRESS**<br><br>175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP**<br><br>Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06225367 | **TELEPHONE NUMBER**<br>312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES  X        NO** | |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES            NO  X** | |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES  X        NO** | |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES X      NO** | |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                        APPOINTED COUNSEL** | |