UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| RAHI DANIEL, <br><br>                                    Plaintiff, <br><br>  v. <br><br> VILLAGE OF DOLTON, and UNKNOWN DOLTON POLICE OFFICERS, <br><br>                                    Defendants. | No.   08 C 217 <br><br> Judge Lefkow <br><br> Magistrate Judge Valdez |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**VILLAGE OF DOLTON**

| SIGNATURE <br><br> s/Mary E. McClellan |  |
|---|---|
| **FIRM** <br><br> Querrey & Harrow, Ltd. | |
| **STREET ADDRESS** <br><br> 175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP** <br><br> Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6283486 | **TELEPHONE NUMBER** <br> 312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES          NO  X** ||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO  X** ||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES  X        NO** ||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?** <br> **YES       NO  X** ||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** <br><br> **RETAINED COUNSEL                             APPOINTED COUNSEL** ||