50517-LSK

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAHI DANIEL, | |
| Plaintiff, | No. 08 C 217 |
| v. | Hon. Judge Lefkow |
| VILLAGE OF DOLTON, and UNKNOWN DOLTON POLICE OFFICERS, | Magistrate Judge Valdez |
| Defendants. | |

**MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COME Defendant, VILLAGE OF DOLTON, by and through its attorneys, Querrey & Harrow, Ltd., and for its Motion for Enlargement of Time to Answer or Otherwise Plead, states as follows:

1. Plaintiff has filed a complaint purporting to assert various claims against the Village of Dolton and "Unknown Officers."

3. Attorneys Larry Kowalczyk and Mary McClellan have been assigned to handle this case on behalf of Defendant, the Village of Dolton.

4. The undersigned attorneys are in the process of reviewing the recently received file materials in this matter in order to adequately respond to Plaintiff's Complaint.

5. This represents Defendants' first request to for enlargement of time to complete responsive pleadings and is not brought to delay this matter, but to adequately defend this action.

**WHEREFORE**, for the foregoing reasons, Defendant, the Village of Dolton, respectfully requests this Court enter an order granting it an additional 30 days with which to answer or otherwise plead the Plaintiff's Complaint, or for such other relief the Court deems appropriate

        Respectfully Submitted,

        Village of Dolton

        By: s/ Larry S. Kowalczyk
            Larry S. Kowalczyk
            Querrey & Harrow, Ltd.
            175 West Jackson Blvd., Suite 1600
            Chicago, IL  60604-2827
            (312) 540-7000
            I.D. 06225367

Larry S. Kowalczyk
Querrey & Harrow, Ltd.
175 W. Jackson, Suite 1600
Chicago, Illinois 60604
312-540-7000
312-540-0578 Fax

Document #: 1302636