50517-LSK

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAHI DANIEL,<br><br>                      Plaintiff,<br>  v.<br><br>VILLAGE OF DOLTON, and UNKNOWN DOLTON POLICE OFFICERS,<br><br>                      Defendants | No. 08 C 217<br><br>Hon. Judge Lefkow<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

TO:    Basileios J. Foutris
          Foutris Law Office, Lt.d
          53 West Jackson, Suite 252
          Chicago, IL  60604

On **February 14, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Humphrey Lefkow or any Judge sitting in her stead, in Room 1925 or the courtroom usually occupied by her in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **DEFENDANT, VILLAGE OF DOLTON'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for Defendant | Village of Dolton |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

## PROOF OF SERVICE

I, Larry S. Kowalczyk, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on February 4, 2008.

[x]    Under penalties as provided by law pursuant
       to ILL. REV. STAT CHAP. 110, SEC. 1-109,
       I certify that the statements set forth herein
       are true and correct.

                                                      s/Larry S. Kowalczyk