50517-LSK

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAHI DANIEL,<br><br>     Plaintiff,<br>v.<br><br>VILLAGE OF DOLTON, and UNKNOWN DOLTON POLICE OFFICERS,<br><br>     Defendants | No. 08 C 217<br><br>Hon. Judge Lefkow<br><br>Magistrate Judge Valdez |

### NOTICE OF FILING

TO: Basileios J. Foutris
   Foutris Law Office, Lt.d
   53 West Jackson, Suite 252
   Chicago, IL 60604

   PLEASE TAKE NOTICE THAT on March 13, 2008, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **DEFENDANT VILLAGE OF DOLTON'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT.**

     VILLAGE OF DOLTON, Defendant

       By: s/Larry S. Kowalczyk
          Larry S. Kowalczyk
          Querrey & Harrow, Ltd.
          175 West Jackson Blvd., Suite 1600
          Chicago, IL 60604-2827
          (312) 540-7000
          I.D. #06225367

### PROOF OF SERVICE

   I, Larry S. Kowalczyk, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5. as to any party who is not a Filing User or represented by a Filing User on March 13 2008.
[x] Under penalties as provided by law pursuant
   to ILL. REV. STAT CHAP. 110, SEC. 1-109,
   I certify that the statements set forth herein
   are true and correct.
       s/Larry S. Kowalczyk