### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| RAHI DANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   08 C 217 |
| | ) | |
| VILLAGE OF DOLTON, and UNKNOWN | ) | Judge Lefkow |
| DOLTON POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | Magistrate Judge Valdez |

## PROPOSED DISCOVERY SCHEDULE

The Parties, having held a scheduling conference attended by Basileios J. Foutris

for the Plaintiff and Larry Kowalczyk for the Village of Dolton, as required by

Fed.R.Civ.P.26(f), submit the following proposed scheduling order:

A.   The parties believe that an early settlement conference will not likely result in the disposition of the case.

B.   The parties shall have until April 4, 2008 to make Rule 26(a)(1) Disclosures.

C.   The Plaintiff anticipates a need to amend the pleadings to join the currently unknown Dolton police officers as additional parties.  The Plaintiff may seek to amend to join the unnamed Dolton police officers upon appropriate motion by June 1, 2008.

D.   Non-expert discovery will close on September 12, 2008.

E.   The Parties do not currently anticipate any experts in this matter other than treating physicians.  The Parties may determine to consult with and/or hire experts as discovery proceeds.

### Dispositive Motions

Any dispositive motions will be presented with an agreed briefing schedule on October 10, 2008, or 30 days after the close of discovery, whichever is later.

1

**Consent to Proceed Before a Magistrate Judge**

        The Parties do not consent to have their case proceed before a magistrate judge.

**Trial, Pretrial Conference, Pretrial Order**

      A.      The case shall be ready for a jury trial by December, 2008; the trial is projected to last 2-3 days.

      B.      A joint pretrial order will be filed on November 14, 2008.  Plaintiff's draft shall be served on Defendants by November 7, 2008 and Defendant's draft shall be served on Plaintiff by November 11, 2008.

      C.  Motions *in limine*, shall be filed with the Pretrial Order.  Responses to Motions *in limine* shall be filed by November 21, 2008.

Dated: March 17, 2008

s/Basileios J. Foutris
Basileios J. Foutris
Attorney for Plaintiff
Foutris Law Office, Ltd.
53 W. Jackson, Suite 252
Chicago, IL 60604
312-212-1200

s/ Larry Kowalczyk
Larry Kowalczyk
Attorney for Village of Dolton
Querrey & Harrow, Ltd.
175 W. Jackson, Suite 1600
Chicago, IL 60604
312-540-7000

## CERTIFICATE OF SERVICE

The undersigned, attorney of record herein, hereby certifies that on March 17, 2008, the foregoing **PROPOSED DISCOVERY SCHEDULE** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, along with judge's courtesy copies being delivered; which will send notification of such filing to: lkowalczyk@querrey.com.

s/ Basileios J. Foutris
BASILEIOS J. FOUTRIS
FOUTRIS LAW OFFICE, LTD.
53 West Jackson, Suite 252
Chicago, Illinois 60604
312-212-1200
