# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| RAHI DANIEL, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | NO. | 08 C 217 |
| | ) | | |
| VILLAGE OF DOLTON, and UNKNOWN DOLTON POLICE OFFICERS, | ) ) | Judge Lefkow | |
| | ) | | |
| Defendants. | ) | Magistrate Judge Valdez | |

**NOTICE OF FILING**

**TO:**   Larry Kowalczyk  at lkowalczyk@querrey.com.

**PLEASE TAKE NOTICE** that on March 17, 2008 I caused to be filed with the Clerk of the U.S. District Court, using the CM/ECF System, the **PROPOSED DISCOVERY SCHEDULE**, a copy of which is being served upon you herein.

Respectfully submitted by,

s/Basileios J. Foutris_____
BASILEIOS J. FOUTRIS, Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned, attorney of record herein, hereby certifies that on March 17, 2008 the foregoing **NOTICE OF FILING** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, along with judge's courtesy copies being delivered, which will send notification of such filing to the foregoing.

Respectfully submitted by,

s/Basileios J. Foutris _____
BASILEIOS J. FOUTRIS, Attorney for Plaintiff
FOUTRIS LAW OFFICE, LTD.
53 W. Jackson, Suite 252
Chicago, IL 60604
(312) 212-1200