UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Rahl Daniel
                        Plaintiff,

v.                                            Case No.: 1:08−cv−00217
                                                            Honorable Joan H. Lefkow

Village of Dolton, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 3/20/2008 and continued to 6/19/2008 at 09:30 AM. Parties are directed to submit to chambers a proposed agreed scheduling order using the form found on this Court's web site by 3/27/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.