50517-LSK

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAHI DANIEL, | |
| Plaintiff, | No. 08 C 217 |
| v. | Hon. Judge Lefkow |
| VILLAGE OF DOLTON, and UNKNOWN DOLTON POLICE OFFICERS, | Magistrate Judge Valdez |
| Defendants | |

## NOTICE OF FILING

TO: Basileios J. Foutris
Foutris Law Office, Lt.d
53 West Jackson, Suite 252
Chicago, IL 60604

PLEASE TAKE NOTICE THAT on March 27, 2008, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, PROPOSED DISCOVERY SCHEDULE.

VILLAGE OF DOLTON, Defendant

By: s/Larry S. Kowalczyk
Larry S. Kowalczyk
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
I.D. #06225367

## PROOF OF SERVICE

I, Larry S. Kowalczyk, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5. as to any party who is not a Filing User or represented by a Filing User on March 27, 2008.

[x]  Under penalties as provided by law pursuant
to ILL. REV. STAT CHAP. 110, SEC. 1-109,
I certify that the statements set forth herein
are true and correct.
s/Larry S. Kowalczyk