Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 217 | **DATE** | 4/4/2008 |
| **CASE TITLE** | Ruth Daniel vs. Village of Dolton, et al. | | |

**DOCKET ENTRY TEXT**

Enter Discovery Schedule Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 6/1/2008. Non-expert discovery will close on 9/12/2008. Any dispositive motion(s) to be filed on a date yet to be determined. Trial will be set on a date yet to be determined.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | MD |
|---|---|---|