IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAHI DANIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 217 |
| ) | |
| VILLAGE OF DOLTON, and UNKNOWN ) | Judge Lefkow |
| DOLTON POLICE OFFICERS, ) | |
| ) | |
| Defendants. ) | Magistrate Judge Valdez |

~~PROPOSED~~ DISCOVERY SCHEDULE ORDER

The Parties, having held a scheduling conference attended by Basileios J. Foutris for the Plaintiff and Larry Kowalczyk for the Village of Dolton, as required by Fed.R.Civ.P.26(f), submit the following proposed scheduling order:

  A. The parties believe that an early settlement conference will not likely result in the disposition of the case.

  B. The parties shall have until April 4, 2008 to make Rule 26(a)(1) Disclosures.

  C. The Plaintiff anticipates a need to amend the pleadings to join the currently unknown Dolton police officers as additional parties. The Plaintiff may seek to amend to join the unnamed Dolton police officers upon appropriate motion by June 1, 2008.

  D. Non-expert discovery will close on September 12, 2008.

  E. The Parties do not currently anticipate any experts in this matter other than treating physicians. The Parties may determine to consult with and/or hire experts as discovery proceeds. Future dates of 26(a)(2) shall be pursuant to Court Order.

  F. Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the

1

expert or the close of discovery, whichever is earlier. If no motion is filed, the court may deem such challenges waived.

### Dispositive Motions

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of this case. A status hearing will be held on ~~September 5, 2008~~ JUNE 19, 2008 at which time the parties will report on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Any dispositive motions (motions for summary judgment) will be presented with a proposed agreed briefing schedule ~~by October 10, 2008 or thirty (30) days after the close of discovery, whichever is later~~ on a date to be set.

### Consent to Proceed Before a Magistrate Judge

The Parties do not consent to have their case proceed before a magistrate judge.

### Trial, Pretrial Conference, Pretrial Order

A. The case shall be ~~ready for a jury trial by December, 2008,~~ set for jury trial on a date to be determined the trial is projected to last 2-3 days.

B. A joint pretrial order will be filed on ~~November 14, 2008~~ a date to be determined. Plaintiff's draft shall be served on Defendants ~~by November 7, 2008~~ and Defendant's draft shall be served on Plaintiff ~~by November 11, 2008~~.

C. Motions *in limine*, shall be filed with the Pretrial Order. Responses to Motions *in limine* shall be filed ~~by November 21, 2008~~.

Dated:

April 4, 2008

ENTER:

_[signature]_
JOAN HUMPHREY LEFKOW
U.S. District Judge

2