IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| RAHI DANIEL, | ) | | |
| Plaintiff, | ) | | |
| v. | ) | NO. | 08 C 217 |
| | ) | | |
| VILLAGE OF DOLTON, et al., | ) | Judge Lefkow | |
| Defendants. | ) | Magistrate Judge Valdez | |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COMES the Plaintiff, Rahi Daniel, by and through his attorney, Basileios. J. Foutris, and hereby moves this Honorable Court for leave to file his Amended Complaint. In support thereof, he states as follows:

1. The Plaintiff filed this lawsuit to recover for the damages he suffered when Dolton Police Officers used excessive force upon him. When the Plaintiff first filed this lawsuit he did not know the identities of the responsible Dolton officers.

3. Since the filing of the lawsuit, the Plaintiff has received documents from the Village of Dolton that identifies the potentially responsible individuals. As such, the Plaintiff now seeks leave to Amend his Complaint so that he may add two Dolton officers as Defendants. The Plaintiff has attached the proposed Amended Complaint. (See attached Amended Complaint).

WHEFEFORE, the Plaintiff, Rahi Daniel, respectfully requests that this Court grant him leave to file his attached Amended Complaint.

Respectfully submitted by,
s/Basileios J. Foutris
Basileios J. Foutris, Attorney for Plaintiff
Foutris Law Office, Ltd.
53 W. Jackson, Suite 252
Chicago, IL 60604
312-212-1200

1

## CERTIFICATE OF SERVICE

The undersigned, attorney of record herein, hereby certifies that on May 1, 2008, the foregoing **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, along with judge's courtesy copies being delivered; which will send notification of such filing to: lkowalczyk@querrey.com.

                                               s/ Basileios J. Foutris
                                               BASILEIOS J. FOUTRIS
                                               FOUTRIS LAW OFFICE, LTD.
                                               53 West Jackson, Suite 252
                                               Chicago, Illinois 60604
                                               312-212-1200