IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAHI DANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   08 C 217 |
| | ) | |
| VILLAGE OF DOLTON, and UNKNOWN | ) | Judge Lefkow |
| DOLTON POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | Magistrate Judge Valdez |

**NOTICE OF MOTION**

**TO:**   lkowalczyk@querrey.com.

    **PLEASE TAKE NOTICE** that on Tuesday, May 6, 2008, at 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge LEFKOW, or any judge sitting in her stead, in Courtroom 1925, or the courtroom usually occupied by her, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**, a copy of which has been served upon you.

                                    s/ Basileios J. Foutris
                                    BASILEIOS J. FOUTRIS

**CERTIFICATE OF SERVICE**

    The undersigned, attorney of record herein, hereby certifies that on May 1, 2008 the **NOTICE OF MOTION** was filed in Room 1932 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and that the foregoing was also electronically filed with the Clerk of the U.S. District Court using the CM/ECF System; which will send notification of such filing to the foregoing, on the 1st day of May, 2008.

                                    s/ Basileios J. Foutris
                                  BASILEIOS J. FOUTRIS
                                  FOUTRIS LAW OFFICE, LTD.
                                  53 West Jackson, Suite 252
                                  Chicago, Illinois 60604
                                  312-212-1200