50517-LSK

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAHI DANIEL,<br><br>                  Plaintiff,<br>v.<br><br>VILLAGE OF DOLTON, and UNKNOWN DOLTON POLICE OFFICERS,<br><br>                  Defendants | No. 08 C 217<br><br>Hon. Judge Lefkow<br><br>Magistrate Judge Valdez |

### NOTICE OF FILING

TO:    Basileios J. Foutris
           Foutris Law Office, Lt.d
           53 West Jackson, Suite 252
           Chicago, IL  60604

     PLEASE TAKE NOTICE THAT on May 23, 2008, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Defendant Village of Dolton, Dolton Police Officer Guess and Dolton Police Officer Bankhead's Answer to Plaintiff's Amended Complaint.

                                                VILLAGE OF DOLTON, Defendant

                       By:     s/Larry S. Kowalczyk_____
                                  Larry S. Kowalczyk
                                  Querrey & Harrow, Ltd.
                                  175 West Jackson Blvd., Suite 1600
                                  Chicago, IL  60604-2827
                                  (312) 540-7000
                                  I.D. #06225367

### PROOF OF SERVICE

     I, Larry S. Kowalczyk, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5. as to any party who is not a Filing User or represented by a Filing User on May 23, 2008.

[x]       Under penalties as provided by law pursuant
           to ILL. REV. STAT CHAP. 110, SEC. 1-109,
           I certify that the statements set forth herein
           are true and correct.
                                    s/Larry S. Kowalczyk_____

Document #: 1330184