UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Rahl Daniel
                     Plaintiff,

v.                                           Case No.: 1:08−cv−00217
                                                                  Honorable Joan H. Lefkow

Village of Dolton, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

     MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 6/19/2008 and continued to 10/23/2008 at 09:30 AM to report on the possibility of settlement and set a date for final pretrial conference. Plaintiff's oral motion to extend discovery deadline to 12/31/2008 is granted. Trial is set for 2/23/2009 at 9:30 a.m. Plaintiff shall serve draft of final pretrial order on defendant by 1/23/2009. Defendant shall serve draft of final pretrial order on plaintiff by 1/30/2009. All pretrial materials, including Joint Final Pretrial Order, and any motions in limine, fully briefed, are due by 2/9/2009. Parties shall indicate in the pretrial order which motions in limine are disputed and which are not. The parties are directed to bring with them to the pretrial conference copies of any disputed exhibits. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.